COMMONWEALTH OF VIRGINIA

V.

JAMES ARTHUR PRICE, JR.

Record No. 980061

November 6, 1998

Present: All the Justices

*John H. McLees, Jr., Assistant Attorney General (Mark L. Earley, Attorney General*, on brief), for appellant.
*David G. Wittan* for appellee.

PER CURIAM.

In this appeal, the Court reviews a judgment of the Court of Appeals holding that the accused was held continuously in custody in excess of five months from a finding of probable cause until trial in violation of Code § 19.2-243, the so-called "speedy trial" statute. *Price* v. *Commonwealth*, 25 Va. App. 655, 492 S.E.2d 447 (1997).

For the reasons set forth in the opinion of the Court of Appeals, we will affirm that court's judgment. *See Jackson* v. *Commonwealth*, 255 Va. 625, 642, 499 S.E.2d 538, 549 (1998).